STATE of Missouri, Respondent,

v.

Christopher MARTIN, Appellant.

No. WD 50165.

Missouri Court of Appeals, Western District.

Nov. 14, 1995.

Rehearing Denied Dec. 26, 1995.

Kevin L. Jamison, Kansas City, for appellant.

David Bryant King, III, Platte City, for respondent.

Before SPINDEN, P.J., and BRECKENRIDGE and SMART, JJ.

***ORDER***

PER CURIAM:

Christopher Martin appeals his conviction, following a trial without a jury, of the class B misdemeanor of sexual abuse in the third degree, § 566.120, RSMo Cum.Supp.1993.[1] Mr. Martin was sentenced to thirty days in jail. The trial court suspended execution of twenty-eight days of Mr. Martin's sentence and placed him on probation for a term of one year. Mr. Martin contends that the trial court erred in finding him guilty because there was insufficient evidence to prove be-

yond a reasonable doubt that he committed the crime of sexual abuse in the third degree.

The judgment is affirmed. Rule 30.25(b).

1. All statutory references are to the Revised Missouri Statutes Cumulative Supplement 1993.